# Thomas *v.* The State.

### *Larceny.*

°(Decided May 21, 1908. 46 South. 565.)

1. *Larceny; Grade of Offense.*—In order to constitute grand larceny the property stolen from a dwelling must be of the value of five dollars or above, and if the value of the property is less than five dollars the offense is petit larceny. (Construing sections 5049, 5050, Code 1896.)

2. *Same; Judgment; Sentence.*—Where defendant was indicted for the larceny of property from a dwelling house of the value of more than five dollars and was convicted as charged in the indictment, and the value of the stolen property assessed at $4.35, the defendant was properly sentenced to hard labor for the county for one year. and one hundred and thirty-two days to pay costs, the sentence being for petit larceny.

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

Celia Thomas was convicted of feloniously taking and carrying away from a dwelling house personal property of the value of more than $5, and she appeals. Affirmed.

R. L. WILLIAMS, and JOHN C. STRANGE, for appellant. Appellant was charged with grand larceny and the verdict is general but assesses the value of the property at $4.35, and the verdict will not support the judgment entered.—*Morris v. The State,* 97 Ala. 83; Secs. 5049 and 5050, Code 1896; 14 Cent. Dig. sec. 2106; 32 Ib. sec. 206; Sec. 5306, Code 1896.

ALEXANDER M. GARBER, Attorney-General for the State. The verdict was proper and will support a judgment for petit larceny.—*Foster v. The State,* 88 Ala. 182.

HARALSON, J.—The defendant was indicted under section 5049 of the Criminal Code of 1896 for feloniously

[Perry v. The State.]

taking and carrying away from a dwelling house, certain described personal property, of value more than $5.

The statute by its terms specifies, that if any person steals personal property of the value of $5, or more, from or in any dwelling house, he is guilty of grand larceny. In order to constitute the theft as of that grade, therefore, the property so stolen must be of the value of $5 or more. If of less than that value, it is petit larceny. Cr. Code 1896, 5050. As stated, the indictment was under the section (5049) for grand larceny. The verdict of the jury was, "We the jury find the defendant guilty as charged in the indictment and assess the value of the property stolen, at four 35-100 dollars ($4.35). The defendant was sentenced to hard labor for the county for 1 year, and for 132 days to pay the costs.

This was a verdict and sentence for petit larceny, for which the defendant might have been convicted and sentenced under the indictment.—*Storr's Case,* 129 Ala. 101, 29 South. 778.

Affirmed.

TYSON, C. J., and SIMPSON and DENSON, JJ., concur.